COPY

1  Thomas W. McNamara
   mcnamarat@ballardspahr.com
2  655 West Broadway, Suite 1600
   San Diego, California 92101-8494
3  Telephone: 619-696-9200
   Facsimile:  619-696-9269
4
   *Court-Appointed Receiver*
5
   Andrew W. Robertson (SBN 62541)
6  robertsona@ballardspahr.com
   Daniel M. Benjamin (SBN 209240)
7  benjamind@ballardspahr.com
   Ballard Spahr LLP
8  655 West Broadway, Suite 1600
   San Diego, California 92101-8494
9  Telephone:  619-696-9200
   Facsimile:  619-696-9269
10
   *Attorneys for Receiver*
11

FILED
CLERK, U.S. DISTRICT COURT

AUG – 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              D

12
                UNITED STATES DISTRICT COURT
13
                CENTRAL DISTRICT OF CALIFORNIA
14

| 15  FEDERAL TRADE COMMISSION, | CASE NO. SACV13-1107-DSF (JCx) |
|---|---|
| 16             Plaintiff, | **APPENDIX TO PRELIMINARY REPORT OF RECEIVER** |
| 17       v. | JUDGE:   Hon. Dale S. Fischer |
| 18  ASSET & CAPITAL MANAGEMENT GROUP, et al., | CTRM:    840 |
| 19             Defendants. | |

20

21

22

23

24

25

26

27

28

# Table of Contents

| Exhibit No. | Description |
| --- | --- |
| 1 | Script example re: filing of complaint, pending judgment, and garnishment of wages |
| 2 | Script example re: Process Service Division call |
| 3 | Script example re: "Lit" call |
| 4 | Script example re: process service |
| 5 | Script example re: "Lit" call – referral to "in-house attorney" |
| 6 | Script example re: calls placed to debtors' employers |
| 7 | Script example re: suggested rebuttal statements to debtors' questions |
| 8 | Email from Ms. January re: statute of limitations |
| 9 | Script example re: caller posing as independent process server |
| 10 | Script example re: caller confirming debtor available to accept service of documents at place of employment and at home |
| 11 | Script example re: caller confirming debtor available to accept service of documents at home |
| 12 | Script example when caller needs to leave a message in debtors' voicemail |
| 13 | Script example re: "Final Message" to debtor |
| 14 | Script example for "Closers" to use when debtors call in |

Dated:  August 5, 2013

THOMAS W. MCNAMARA

By: _____
Thomas W. McNamara
Receiver

# EXHIBIT 1

This is ＿＿＿＿＿＿＿＿＿＿＿ how I can help you.

Do you have a case #?   ----------------------------   Who am I speaking with?

**(Pause............)**

Okay..... I do show that there was a case here in our office. However------- we are no longer handling the case at this time...I do show it has been sent out to the process division to have you served. Are you calling because you have been served?

Ok let me speak with the ＿＿＿＿＿＿ and see if I can locate your file and see if there is something I can do to help you.

Can you hold for just a moment?

**(Leave on long sik pause)**

Ok Mr.＿＿＿＿＿＿ I did locate some information, since you don't have your documents I'm going to go over the information that I have rather quickly so if you wouldn't mind saving your questions to the end I will be happy to answer any questions you may have.

Ok looks like our office has acquired a case against you and you are in the process of being sued. The documents that were sent out to you have the date and time that you are to appear in court.
As long as you have not been served they are allowing me to still try to see if we can reach a resolution or not. In the event that you are served before we do so then there will be nothing I can do you'll need to follow the instructions and make sure that you do appear in court.
It do show this was filed as a civil matter, what that means is that at the court hearing the judge or the attorney are not there to discuss the matter with you judge is just there to grant judgment based on the validation that the attorneys will present. Once judgment has been granted it is sent over to your last known place of employment to begin wage garnishment immediately.
Wage garnishment will be 25% of each payroll check and will continue until the judgment has been satisfied. Please keep in mind

EXHIBIT 1
Page 1

the attorney fees has not been included yet and will start calculating from the day you are served or we receive notice that 3 attempts have been made. The attorney fees will range from 1000 to1500 dollars and will be added to the judgment.

You do have rights in the matter you can have your attorney to contact me and I can provide them the information if he is going to be negotiating on your behalf or you can choose to voluntarily choose to resolve the matter yourself. If you should do so I will give you the information that you will need to resolve. I do show that this was with _____ is there a reason why you did not pay back the bank?

**Listen to reason**

Ok you have to options you can counter offer the claim that has been set forth against you………. this is the same right we would give your attorney calling in to negotiate on your behalf, it is a one time offer due at the time its presented or I can possibly give you some time to come up with the offer in any event it will need to be in by the end of the month. If you can't do that I will need to see if they are willing to except payment arrangements at this time….. Please keep in mind if they except payment arrangements we only extend payments for 6 months unless you can show that there is a hardship.

So at this point how would you like to resolve the matter?

Ok let me place you on hold and see if I can get this approved…..Please hold

EXHIBIT 1
Page 2

# EXHIBIT 2

# Initial TO

*[handwritten top-left: my job is Just tracking documents and sending out field agent for officer whichever is in your area]*

*[handwritten top-right: Yeah Ill be here we need you to schedule a time with them to they can give you more info at that time]*

Hi
~~Hello~~ Can I speak with ( Debtor Name).

Hi
~~Hello~~ My name is (PERSON) *[handwritten circled]*
(private)

*[handwritten: PSD]*

*[handwritten left: a field agent to ~~reschedule~~ deliv—]*  I'm calling from the Process Service Division.

Seabed
We have ~~legal~~ documents in the process of being served to you. I need to verify that someone will be available between the hours of 9am to 4 pm Monday – Friday who can except the documents on your behalf

We will make 3 attempts to serve you if no one is available we will note the records as a failure to be served.

As a courtesy I can provide ~~to you~~ the number to the issuing agency for further information....

You can contact them directly @ 888-377-4468

document
Please Reference ~~case~~ # _____

hold                              Service
I will put a 3 hour temporary ~~stay~~ on the ~~case~~ allowing you the time to contact them. if we don't hear back from them with in the allotted time we will assume ~~we are~~ to continue with service.

This is a courtesy call to inform you, that we are in the process of making our first attempt.

Thank you!

*[handwritten: ctrl F]*

*[handwritten bottom-left:]*
110 - Active
230 - Skipped town

EXHIBIT 2
Page 3

# EXHIBIT 3

Hello this is _____ how I can help you.

**Pause---Wait for response**

Do you have a case #?
Have you been served?

**Pause---Wait for response**

Ok this case was already sent out to the clerk's office to be served I don't have access to your case at this time.
Let me place you on hold while I gather some information as to what your case is pertaining to.

**Place on sike pause-hold (for a few minutes)**

Ok, <u>Mr. or Ms</u>. thank you for holding. Let me give you some information as to what's going on.

There has been a case and complaint filed in our office against you and there is a pending law suite in place at this time.
We sent out documentation with time and date for you to appear in court.

**Breath**

I verified with the process svc division that they have made there first attempt to serve you.
Now as long as you have not been served I can still assist you, once you have been served there is nothing I can do,
You will need to follow the instruction in the documents and make sure that you appear in court.

You do have rights in this matter.

You have the right to obtain an attorney and have them contact me

Or

EXHIBIT 3
Page 4

# EXHIBIT 4

# Initial TO

Hello Can I speak with ( Debtor Name)

Hello My name is <u>Ms Canvas</u>

I'm calling from the Correspondence Process Service Division.

We are notifying you because we are in the process of sending out an field agent to hand deliver documents to you. I am calling to verify that someone will be available between the hours of 9am to 4 pm Monday – Friday who can except the documents on your behalf

There will be 3 delivery attempts made if there is no one available we will send this back to the issuing agency as a failure to be served.

In order to **rectify** the matter...Ms/Mr._____
you will need to contact them directly to prevent this matter from moving forward. There the only ones at this time who can provide you with any further information.

Contact them directly @_____

Reference case #_____

This is a courtesy call to inform you, that we are in the process of making our first attempt.

Thank you!

EXHIBIT 4
Page 5

# EXHIBIT 5

# Lit TO
## If someone answered

Hi can I speak to _____

My name is _____ and I calling on behalf of Mr Stanfield.

There has been a case filed in our office against you.

Your case is now being handled by the attorney and I do show that he needs to speak with you regarding your up coming court appearance.

Please hold and I'll transfer you over to him now.

Let me give you the number in case we are disconnected. _____

reference your case # _____

Just a Moment ill transfer you now.

EXHIBIT 5
Page 6

EXHIBIT 6

# Poe T/O

Hello can I speak with the immediate supervisor of
_____ (debtors name)

Hi my name is _____ I'm calling from the process
verification department.

I have legal documents in the process of being served to one of your
employees.

I need to verify if you have any policies or procedures that you would like
us to follow upon arriving.

Pause

Ok what I would like to do is save _____ the embarrassment
of having an officer come out.
If you can have her to contact the issuing agency to set up discuss other
options to serving her I place a hold on this for 2 hours.

The number she needs to call is _____.

*Sej/5-11*

EXHIBIT 6
Page 7

# EXHIBIT 7

# Rebuttals

**Q. "That card was only $300 limit, how do I owe $1300?"**

A. You card started off with a 300.00 however there were late fees and over the limit fees, that you were charged every month before your account charged off. Interest also has been accruing on a daily basis at 23.99% since 2005 that is where most of the increase is from. There has also been legal fees asset by our office.

**Q. "I've lived in the same address and have the same phone# for 10yrs, how come no one told me about this, I didn't get anything in the mail "?**

A. Well I'm sure before the original creditor charged they made several attempts to try and contact you. Once they transferred your case to a collection agency they have I'm assuming tried to notify you as well. Once it's transferred to our office we acquired these types of cases with the intent to sue so our investigators will locate you. Once we locate you we send you a letter giving you 45 days for you or your attorney to respond when we did not here back from you our office went ahead to take further actions.

**Q. What do you say when verifying that you're talking to the correct person and They say it's not them. SSN, address, POE, middle initial they say none of it is There.**

A.  1. **SSN-** go to CBR to see if there is one then more SSN. Then go to accurint and See if there maybe another SSN that comes up.

2. **POE-** never verify **POE**, 9 times out of 10 it's never correct. Remember these accounts are 4-5 years old.

3. You should never be the one giving you info you should be asking them to Verify the info to you. Once you gather the info place the debtor on hold while you get there file and you research it.

Never make it seem to them that You are unsure if it's them. It is your job to verify that first

**Q. I never opened a CC account**

A. sir or maam', our office only acquire accounts that have been verified that it does belong to you.

Things to pay attention to: if they filed BK, if they have had other 2nd chance cards, if you see that they are use to disputing items on there CBR indication that they are trying to clean up there credit.

If they say that there has been fraudulent activity. Check to see if they have a fraud alert on there CBR. Ask debtor if they have a police report.

If they don't advise them they are still responsible

**Q. I can only give you maybe 25 bucks a month**

EXHIBIT 7
Page 8

A. Ok we *don't take $25 payments our office only can extend* payments for 6 months unless you can determine that there is a hard ship. Then *begin to pursue* debtor as to what there income is (if there are on disability, SSI etc.)

Q. PSD CALL…………..
WHAT ADDRESS DO YOU HAVE FOR ME AND HOW DID YOU GET MY #?

A. I show that the documents are going to (last address on CBR) I also see that they have also sent in to (address on debt master). Reason is because in some cases the last address on CBR is an address they may have just used to apply for something and it showed up on there CBR. So the idea is to let them know you know where they are. Also we received you phone number from the issuing agency. Let me give you there number.

Q. CLOSER REBUTTAL…………….
WHEN A DBTR DOSE NOT GIVE HIS OR HER LAST 4 OF THE S.S. # OR  B-DATE .HOW ARE WE SUPPOSE TO KNOW FOR SURE THAT IT IS THEM?I KNOW ASK QUESTIONS FOR SURE BUT, WHAT DOSE EVERYBODY ELSE DO?

A. Then let them know that you can't proceed without them verifying that information. Let them know because this is a legal issue we have to make sure that we are disclosing information to the appropriate party.

Q. WHAT DO U SAY WHN THE DB ASKS U WHERE IS THE CASE FILED AND Y IS THERE NO PUBLIC RECORD OF THIS MATTER?

A. it's filed in your county you will have to actually wait for the documents and it will give you all the information. If they ask how come you can't tell me? Advise them because actual you normally wouldn't speak to them at this point but because they have not been served if they want to resolve you will still work with them. Other wise if they want more information then they will have to wait for the docs to be served but at that point we will not work with them they will need to follow the instructions in the documents and make sure that they appear in court.

Q. HOW CAN U SERVE ME DOCUMENTS IF THERE IS NO CASE FILED IN THE COUNTY COURTS?

A. I show that in this case there is a hold. The documents being served are the documents requesting you or your attorney to respond. There has been a hold they are filing it with the courts within the next 72 hours.

Q. I LIVE IN TEXAS …. U CANT GARNISH MY WAGES…..

A. It the state of Texas there are certain policy and procedures that has to be followed in order to garnish your wages. Our office has taken the necessary steps to garnish your wages.

Q. How many options should u give the debtor with what they owe?

EXHIBIT 7
Page 9

**A. 2**........ Advise them the amount that they owe (that's the current BAL and add $500-$1000 to it) let them know that you can counter offer the claim that has been set forth against them. Or
Let them you know that you can only extend payments 6 months in our office unless you can prove there is a hardship.

**Q. How can you prove to me that you are a real company?  I don't see you registered with the BBB.**

A. Well you can wait to receive your documents and appear in court (or direct them to original creditor try to limit sending the debtor to original creditor).  Where not registered with the BBB because we are a collection agency. BBB is designed to give consumer good reports about a company. There is nothing good to report about a collection agency unfortunately.

**Q. I never had an account with HSBC**

**A. HSBC has over 200 Entities. They are the major bank that finance your card. There name does not appear on the card its self there name is located on the back as the financial institution.  It could be a (best buy card, loan, furniture etc). However HSBC will be the ones that come after you if you don't pay the debt**

# EXHIBIT 8

Statue of limitation

**Subject:** Statue of limitation
**From:** sej@southerncg.com
**Date:** 10/25/2012 10:46 AM
**To:** "Anna T. Gray" <atg@southerncg.com>, "Corey M. Smalls" <cms@southerncg.com>, "Dezaray N. Ruiz" <dnr@southerncg.com>, jtg@southerNcg.com, "Jamesha T. Fairley" <jtf@southerncg.com>, MTR@SOUTHERNCG.COM, djg@southerncg.com, Natasha Lwuchukwu <nxl@southerncg.com>, "Nathaniel L. Green" <nlg@southerncg.com>, kNB@SOUTHERNCG.COM, Adam Guerrero <axg@southerncg.com>, atg@southerncg.com, snj@southerncg.com, ydp@southerncg.com

Good Morning,

please make a note that when you have an account that is past statue of limitations that you do not give debtors the charge off date that you see. You should give debtors the date that will allow you to stay within statue of limitations.

example:
If a debtor charged off in 2003 you would not give them that date as the charge off date because statue of limitation would have ended 2010.
inform the debtor of the correct date it was open, however explain to them it did not charge of until 2007 that will give us until 2013 to collect on the debt.

please let me no if you have any questions


--
Kind Regards,

Shenea January
951-436-5701

Thought + Plan = Change

CONFIDENTIALITY STATEMENT... This e-mail message & its attachments are covered by Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 & is intended only for use of person or entity to which it is addressed. If you are not the intended recipient or have received this message in error, you are prohibited from disseminating or otherwise using this information under law. Receipt of these documents is acknowledgement and acceptance that this is privileged, proprietary and confidential and will not be forwarded to any party(s) without prior written consent from the sender.

7/24/2013 7:36 P

EXHIBIT 8
Page 11

# EXHIBIT 9

# STAT

First off … You're an independent process server when you get any live person on the phone.

# POE STAT .. As soon as someone picks up. Need to speak to a manager or supervisor. (Always ask to speak to someone high up). Hi, my name is _____ calling with IPS (Independent Process Server) office. Contacting you to verify what your legal proceedings are on having one of your employees severed at here at this location. They made an attempt to serve them at their residents, but were unable to. So, the next step is having it sent here. Out of courtesy before it's filed, wanted to see if you would like to have the __DTR__ reschedule outside the work place so to not disturb or disrupt their duties or take away from their production. (I'm sure it wouldn't be the highlight of their day)

If DTR/3rd party says YES that they want to reschedule, then tell them they need to have the DTR ONLY call the filing firm asap since you are limited to the time before this has to be filed and processed at this location.

If DTR/3rd party says NO that He/She wants the paper work sent, then say ok and have a closer go in direct on DTR in an hour.

Questions you will be asked. Remember if they have any questions have them call the filing firm.  Refer everything to the filing firm.

Q. Why are you calling here?

A. They had already made an attempt last week at their RES, the next step would be to schedule at their POE.

Q. What's the legal paper work?   Or   What is this about?

A. It's a sealed document and can't open it til it's served.

Q. What is your number to call you back?

A. For security reasons we aren't allow to give out our number, it isn't the high light of ppl's day being served.

EXHIBIT 9
Page 12

# EXHIBIT 10

**POE**

Hi, my name is _____. I need to speak with a manager or supervisor in charge of _____. (Ask for payroll dept or HR if no mgr is avail).

I'm a clerk in the verification division of legal support services. We work in conjunction with the County Clerk's office to serve summons and legal documents. I am calling to verify policies and procedures for your company in the event that we have to serve an employee. It is not our intention to cause any disruption or embarrassment to the individual or your establishment. In the best interest of all parties involved, we can avoid coming out to your place of business if you can relay a msg to _____ and have him/her reschedule with the filing firm at ____#____.

**LIVE HOME STAT**

Hi, my name is _____, I am calling to verify that either _____ or someone over the age of 18 will be at the residence of ___ADDRESS___ btwn the hours of 10AM-4PM to sign and receive a summons. If he/she is not available please have ___DTR___ or his/her legal representative contact the filing firm at ____#____ and provide case #_____.

**LMOM**

I'm calling with LEGAL SUPPORT SERVICES in reference to a civil complaint for _____ and that we are scheduled out for service to serve a summons @ the property address of _____. If you have any questions or concerns please have yourself or your legal representative contact the filing firm at _____#____. Please reference file/document #_____.

# LMOM

I'M calling on behalf of the offices of The Legal Support Services in reference to a civil complaint that is being filed for _____. We are currently scheduled out for service to serve a summons @ the property address of _____. If you have any questions or concerns or would simple like to reschedule for a different time or location please have yourself or your legal representative contact the filing firm of ▮▮▮▮▮▮▮▮▮▮▮▮ @ (888)____1193 and refer to your in-house file # _____.

Good day & Good Luck.....

EXHIBIT 10
Page 13

EXHIBIT 11

## TEXAS WEAK STAT
## AZ,NY,NM,NC,SC,TX,CT,UT, MA, FL, PA, CO

Hi I'm calling to verify if someone is going to be (HOME) during the day to except documentation for (dbtr) who will that be?

What is this about?

According to article 15 of the federal law I'm not allowed to disclosed this information. I'm just a clerk, if you have any questions regarding the information. I can give you the courtesy phone number and file number to call back with in the hour.
Do you have a pen and paper?

WRA
Phone number
File number _____

EXHIBIT 11
Page 14

EXHIBIT 12

# When Leaving a Message

Hi!

This message is for (Debtor) at (Street Name).

I have some documentation being sent out through the CLERKS office. If you have any questions, regarding the information being issued, I strongly recommend that you call 866-        EXT 000 and you must reference In-house file number!

If there is no callback within a 24 hour period, we'll deem the ADDRESS and your *EMPLOYMENT* has been verified and the information will be issued.  (Hang up immediately!!!!)

EXHIBIT 12
Page 15

EXHIBIT 13

# Final Message

This mssg is for _____, this is _____ contacting you from_____.  We have left you several mssg's and still haven't received the common courtesy of a simple call back. ~~Hopefully~~ *we were hoping* you would like to handle this matter voluntarily ~~like an adult and take care of your obligation that you have neglected.~~ *my time* Limited to the time I have today b4 my final *I Am?* recommendations ~~were~~ *is* made ~~for you~~ *on your behalf.*  Contact me immediately today @ 888-268-~~3076~~ *3076* regarding file # _____

EXHIBIT 13
Page 16

EXHIBIT 14

Closer T/O = When dtr calls in.


Hi_____, this is Mike Walsh with the Legal department. I received a complaint that has been formally filed in my office with your name and ssn attached to it.  We have been partially retained by _____ for nonpayment of a debit and breach of contract.  Showing you have been named as a defendant in regards to a pending civil suit that's getting prepared to be filed with the county.  Since you fit their legation portfolio and never been in front of a judge, they would like to see if you would like to resolve this matter on a voluntary basis.  ( Pause = if dtrs says yes)  ok, let me put you on hold while I recall your paperwork.

When you get back on the line...

Ask them... Are you aware of the current balance? (if no) charge then a service fee of $500. (if yes) just give them the current balance.

Ask dtr how short of the current bal they are TODAY and how much time they for the rest of the bal, if it's within reason we will try to recall this be actions are filed.

EXHIBIT 14
Page 17

**PROOF OF SERVICE**
*FTC v. Asset & Capital Management Group, et al.*
USDC Central District of California
Case No. SACV13-1107-DSF (JCx)

I, Jill Jacobs, declare as follows:

I am an employee of a member of the bar of this Court at whose direction was made in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 655 West Broadway, Suite 1600, San Diego, California 92101-8494.

On August 5, 2013, I served the following document(s) described as:

- **APPENDIX TO PRELIMINARY REPORT OF RECEIVER**

on interested parties in this action by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelopes as follows:

**VIA EMAIL & U.S. MAIL**                    *Attorneys for Plaintiff*
Seena D. Gressin
Gregory A. Ashe
Michael D. White
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Tel.:  202-326-2717 (Gressin)
Tel.:  202-326-3719 (Ashe)
Tel.:  202-326-3196 (White)
Fax:   202-326-3768
Email: sgressin@ftc.gov,
gashe@ftc.gov, mwhite1@ftc.gov

**VIA EMAIL & U.S. MAIL**                    *Attorneys for Plaintiff*
Maricela Segura
Federal Trade Commission
10877 Wilshire Blvd., Suite 700
Los Angeles, CA 90024
Tel.:  310-824-4343
Fax:   310-824-4380
Email: msegura@ftc.gov

**VIA EMAIL & U.S. MAIL**                    *Attorneys for Asset & Capital*
Pamela Tsao                                  *Management Group; Crown Funding*
Katten Muchin Rosenman LLP                   *Company, LLC; Western Capital Group,*
2029 Century Park East Suite 2600            *Inc.; Credit MP, LLC; One FC, LLC;*
Los Angeles, CA 90067                        *Thai Han; and Jim Tran Phelps*
Tel.:   310-788-4560
Fax:    310-712-8269
Email: pamela.tsao@kattenlaw.com

☒ **BY EMAIL**: I caused the documents to be sent to the persons at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

DMWEST #10098116 v1                          Case No. SACV13-1107-DSF (JCx)
                                             PROOF OF SERVICE

1

☒ **MAIL** to non-ECF participants by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California addressed as indicated above. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

2

3

4

☐ **VIA CM / ECF** by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them via email as indicated above.

5

6

☐ **FACSIMILE** by causing such document to be transmitted by facsimile machine to the office(s) of the parties indicated herein. The facsimile machine used complied with Rule 2003 and no error was reported by the machine.

7

8

☐ **FEDERAL EXPRESS** by causing a true copy thereof to be placed in a sealed envelope addressed to the office(s) of the parties indicated herein below fully prepaid to be placed in Federal Express delivery service box at 655 West Broadway, San Diego, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for Federal Express service. It is deposited with Federal Express on that same day in the ordinary course of business.

9

10

11

12

☐ **PERSONAL SERVICE** by causing a true and correct copy of the aforementioned document(s) to be delivered to the parties on the attached service list this date by Nationwide Legal, Inc.

13

14

☐ (STATE): I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

15

16

☒ (FEDERAL): I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

17

Executed August 5, 2013, in San Diego, California.

18

19

Jill Jacobs

20

21

22

23

24

25

26

27

28