# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **ASSET & CAPITAL MANAGEMENT GROUP,** *et al.*, <br><br> Defendants. | Case No. SA CV13-01107 DSF (JCx) <br><br> **[ORDER STAYING CASE DUE TO CESSATION OF FUNDING FOR MOST UNITED STATES GOVERNMENT ACTIVITIES** |

After consideration of the Federal Trade Commission's Motion for Stay, for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED;**

**IT IS FURTHER ORDERED** that the entire case is stayed until Congress has appropriated funds for the Federal Trade Commission;

**IT IS FURTHER ORDERED** that, notwithstanding the stay, (1) the Stipulated Preliminary Injunction as to Defendants Thai Han, Jim Tran Phelps, Keith Hua, Asset & Capital Management Group, Crown Funding Company, LLC, Western Capital Group, Inc., Credit MP, LLC, and One FC, LLC, entered on August 19, 2013 [Dkt. No. 51]; (2) the Stipulated Preliminary Injunction as to Defendants James Novella and Green Fidelity Allegiance, LLC, entered on August 19, 2013 [Dkt. No. 52]; and (3) the Stipulated Preliminary Injunction as to Defendant SJ Capitol, LLC, entered on August 19, 2013 [Dkt. No. 53], all shall remain in full force and effect;

1
2      **IT IS FURTHER ORDERED**, that all deadlines for this case are extended
3 commensurate with the length of the stay.
4      **IT IS SO ORDERED**, this 2nd day of October, 2013.
5
6
7      */s/ Dale S. Fischer*
     _____
8      DALE S. FISCHER
     UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28