NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Larry C. Russ, SBN 082760 / Nathan D. Meyer, SBN 239850
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310-826-7474
310-826-6991 fax

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Trade Commission<br><br>Plaintiff(s),<br>v.<br>Asset & Capital Management Group, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>CV 13-01107 DSF (JCx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      ACMG Defendants (Defendants listed below)
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Thai Han | Defendant |
| Jim Tran Phelps | Defendant |
| Keith Hua | Defendant |
| Asset & Capital Management Group | Defendant |
| Crown Funding Company, LLC | Defendant |
| Western Capital Group, Inc. | Defendant |
| Credit MP, LLC | Defendant |
| One FC, LLC | Defendant |

October 7, 2013
Date

Signature

Attorney of record for (or name of party appearing in pro per):

ACMG Defendants (Defendants listed above)

CV-30 (05/13)          NOTICE OF INTERESTED PARTIES

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2013 the foregoing document described as **NOTICE OF INTERESTED PARTIES** was filed electronically via the Court's Electronic Case Filing System (ECF). Notice of the filing is being served upon all counsel of record automatically through Notice of Electronic Filing.

/s/*Nathan D. Meyer*